JOAN E. COCHRAN, ESQ.            [SBN 128251]
LISA KRALIK HANSEN, ESQ.        [SBN 149455]
**COCHRAN, DAVIS & ASSOCIATES, P.C.**
36 Malaga Cove Plaza, Suite 206
Palos Verdes Estates, CA 90274
(310) 373-0900 - telephone
(310) 373-0244 – facsimile
Email: Joan@cochranlaw1.com
Email: Lisa@cochranlaw1.com

**Attorneys for Defendants OPTIMA FUNERAL HOME, INC., HUGO SANCHEZ, ANA MARIA BELCHER and ARISTEO LUCAS**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation, <br><br>            Plaintiff, <br>  v. <br><br> OPTIMA FUNERAL HOME, INC., a California Corporation, HUGO SANCHEZ, a California resident, ANA MARIA BELCHER, a California resident, ARISTEO LUCAS, a California resident, ILDEFONSO MONTES, a California resident, ALFONSO MONTES, a California resident, JASMIN MONTES, a California resident, ANTHONY MONTES, a California resident, and DOES 1 through 10, <br>            Defendants. | Case No.:  2:22-cv-04179 MWF (JCx) <br><br> Assigned to USDC Judge Michael W. Fitzgerald <br><br> **NOTICE OF WITHDRAWAL OF DOCUMENT FILED BY DEFENDANTS OPTIMA FUNERAL HOME, INC., HUGO SANCHEZ, ANA MARIA BELCHER AND ARISTEO LUCAS** |

Defendants OPTIMA FUNERAL HOME, INC., HUGO SANCHEZ, ANA MARIA BELCHER and ARISTEO LUCAS (collectively "Optima Defendants") hereby withdraws Document 17 filed with the Court on September 12, 2022 as Optima Defendants inadvertently filed the wrong answer in this case.

Optima Defendants have subsequently filed their answer in this case.  See Document 18 filed on September 12, 2022.

Dated:  September 12, 2022          **COCHRAN, DAVIS & ASSOCIATES, P.C.**

/s/ *Lisa Kralik Hansen*
By: _____
JOAN E. COCHRAN, ESQ.
LISA KRALIK HANSEN, ESQ.
Attorneys for Defendants **OPTIMA FUNERAL HOME, INC., HUGO SANCHEZ, ANA MARIA BELCHER and ARISTEO LUCAS**

NOTICE OF WITHDRAWAL OF DOCUMENT FILED BY DEFENDANTS OPTIMA FUNERAL HOME, INC., HUGO SANCHEZ, ANA MARIA BELCHER AND ARISTEO LUCAS