1 | Elisabeth E. Martini, SBN  301701
2 | **RESNICK & LOUIS, P.C.**
  | 9891 Irvine Center Dr., Suite 200
3 | Irvine, CA  92618
4 | Telephone:    (714) 709-4400
  | Facsimile:     (714) 709-4400
5 | Email: emartini@rlattorneys.com

6 | *Attorneys for Plaintiffs*

7

8 | Joan E. Cochran, Esq. SBN 128251
  | Lisa Kralik Hansen, Esq. SBN 149455
9 | **COCHRAN, DAVIS & ASSOCIATES, P.C.**
  | 36 Malaga Cove Plaza, Suite 206
10 | Palos Verdes Estates, CA 90274
11 | Telephone: (310)373-0900
  | Fax: (310)373-0244
12 | Joan@cochranlaw1.com
13 | Lisa@cochranlaw1.com

14 | *Attorneys for Defendants Optima Funeral Home Inc., Hugo Sanchez, Ana Maria Belcher, and Aristeo Lucas.*
15

16 | Jeffrey E. Zinder, Esq. SBN 89980
17 | **McCOY LEAVITT LASKEY, LLC**
  | 25101 The Old Road, Ste 222
18 | Stevenson Ranch, CA 91381
19 | Telephone: (818) 760-0100
  | Fax: (818)760-0103
20 | jezinder@mlllaw.com

21 | *Attorneys for Defendants Ildefonso Montes, Alfonso Montes, Jasmin Montes, and Anthony Montes*
22

23 | **UNITED STATES DISTRICT COURT**
24 | **CENTRAL DISTRICT OF CALIFORNIA**

25 | AMGUARD INSURANCE COMPANY, | Case No.:  2:22-cv-04179-MWF-JC
26 | a Pennsylvania Corporation, Plaintiff,
27 | vs. | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**
28

1

STIPULATION TO DISMISS WITH PREJUDICE

| | |
|---|---|
| OPTIMA FUNERAL HOME, INC., a California Corporation, HUGO SANCHEZ, a California resident, ANA MARIA BELCHER, a California resident, ARISTEO LUCAS, a California resident, ILDEFONSO MONTES, a California resident, ALFONSO MONTES, a California resident, JASMIN MONTES, a California resident, ANTHONY MONTES, a California resident, and DOES 1 through 10, Defendants. | **HON. MICHAEL W. FITZGERALD** |

Plaintiff AmGUARD Insurance Company, Defendants Optima Funeral Home Inc., Hugo Sanchez, Ana Maria Belcher, Aristeo Lucas, Ildefonso Montes, Alfonso Montes, Jasmin Montes, and Anthony Montes hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action including all counterclaims, cross-actions, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted this 17th day of January, 2023.

| | |
|---|---|
| **RESNICK & LOUIS, P.C.** | **COCHRAN, DAVIS & ASSOCIATES, P.C.** |
| /s/ *[signature]* <br> Elisabeth E. Martini, Esq. <br> *Attorneys for Plaintiff* | /s/ Lisa Hansen (w/permission) <br> Joan E. Cochran, Esq. SBN 128251 <br> Lisa Kralik Hansen, Esq. SBN 149455 <br> *Attorneys for Defendants Optima Funeral Home Inc., Hugo Sanchez, Ana Maria Belcher, and Aristeo Lucas* |

| | |
|---|---|
| 1 | |
| 2 | **McCOY LEAVITT LASKEY, LLC** |
| 3 | |
| 4 | /s/ _____ |
| 5 | Jeffrey E. Zinder, Esq. SBN 89980 |
|   | *Attorneys for Defendants Ildefonso Montes, Alfonso Montes, Jasmin Montes, and Anthony Montes* |

3

STIPULATION TO DISMISS WITH PREJUDICE

## CERTIFICATE OF SERVICE

I, Teresa Schreiber, hereby certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 9891 Irvine Center Drive, Suite 200, Irvine, CA 92618.

3. On January 17, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2023, at Irvine, California.

_____
Teresa Schreiber