JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OPTIMA FUNERAL HOME, INC., a California Corporation, HUGO SANCHEZ, a California resident, ANA MARIA BELCHER, a California resident, ARISTEO LUCAS, a California resident, ILDEFONSO MONTES, a California resident, ALFONSO MONTES, a California resident, JASMIN MONTES, a California resident, ANTHONY MONTES, a California resident, and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:22-cv-04179-MWF-(JCx)<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)**<br><br>**HON. MICHAEL W. FITZGERALD** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, counterclaims, cross-claims and other causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 17, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge